**Order entered July 12, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00563-CR

**ANGEL LISANDRO SANCHES-ZENTENO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-70139-Q**

### ORDER

Before the Court is the State's July 11, 2022 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief received with the motion filed as of the date of this order.

/s/     BILL PEDERSEN, III
           JUSTICE